UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00224-RJC-DSC

| | |
|---|---|
| USA, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| FELECIA R. LINDO | ) |

**THIS MATTER** is before the Court upon motion of the defendant pro se for the return of her passport and for permission to travel between March 28 and April 10, 2019, to Jamaica to attend her father's funeral. (Doc. No. 50). Neither the United States Department of Justice, (Doc. No. 50), nor the United States Probation Office (USPO) opposes the request. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 50), is **GRANTED** and the defendant may travel between March 28 and April 10, 2019, to Jamaica to attend her father's funeral. The defendant shall inform the USPO of her location at all times. All other conditions remain unchanged.

**IT IS FURTHER ORDERED** that the USPO for the Eastern District of New York shall return the defendant's passport to her as soon as possible.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, counsel for the government, and the United States Probation Offices for the Western District of North Carolina, the Southern District of New York, and the Eastern District of New York.

Signed: March 25, 2019

Robert J. Conrad, Jr.
United States District Judge